**IN RE POPE**

[354 N.C. 359 (2001)]

IN THE MATTER OF: EVA LEVONIA GRACE POPE, MINOR CHILD

No. 345A01

(Filed 9 November 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 144 N.C. App. 32, 547 S.E.2d 153 (2001), affirming a judgment signed 9 May 2000 by Brown (Shirley H.), J., in District Court, Buncombe County. Heard in the Supreme Court 16 October 2001.

*Charlotte A. Wade for petitioner-appellee Buncombe County Department of Social Services.*

*Michael E. Casterline for respondent-appellant Rachel Pope.*

*Cindy Sellars, Guardian ad Litem, by Attorney Advocate Judy N. Rudolph, appellee.*

PER CURIAM.

AFFIRMED.